*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DASSAULT FALCON JET CORPORATION                                    PLAINTIFF

vs.                              CASE NO.  4:09cv00078 JMM

AUTOMATIC SPRINKLERS, INC. and                                     DEFENDANTS
PERKINS FIRE PRO, INC.

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.  The jury trial scheduled April 19, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within thirty (30) days of the date of this order.  The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 10th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE